UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISA M. REILLY                INDEX# 08 CV 02051        Plaintiff,

— AGAINST —

REVLON, INC., ET. AL.

                                                        Defendant,

---

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 14th day of January, 2008, she served the Summons in Civil Case and Jury Trial Demand Complaint on REVLON, INC., an authorized foreign corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                        MARIA SCHMITZ

Sworn before me this
14th day of January, 2008

Lawrence G. Kirsch
LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011