UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP

    One North Broadway, 15th Floor
    White Plains, New York 10601
    (914) 328-0404
    Jonathan M. Kozak (JK 9619)

    59 Maiden Lane, 39th Floor
    New York, New York 10038
    (212) 545-4000
    James R. Williams (JW 3006)
    Todd H. Girshon (TG 7947)

*Attorneys for Defendants*

------------------------------------------------------------x

LISA M. REILLY

                    Plaintiff,

       - against -                      Case No. 08 CV 0205 (AKH)

REVLON, INC., DR. ROBERT KRASNER,
and LINDA PIACENTINI,

                    Defendants.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

        Please enter the appearance of Jackson Lewis LLP by attorneys James R. Williams, Esq., Todd H. Girshon, Esq., and Jonathan M. Kozak, Esq. as attorneys for Defendants Revlon, Inc., Dr. Robert Krasner, and Linda Piacentini.

JACKSON LEWIS LLP

Jonathan M. Kozak (JK 9619)
*kozakj@jacksonlewis.com*
One North Broadway, 15th Floor
White Plains, New York 10601
Tele: (914) 328-0404
Fax: (914) 328-1882

James R. Williams (JW 3006)
williamj@jacksonlewis.com
Todd H. Girshon (TG 7947)
girshont@jacksonlewis.com
59 Maiden Lane, 39th Floor
New York, New York 10038-4502
Tele: (212) 545-4000
Fax: (212) 972-3213

Respectfully submitted,

JACKSON LEWIS LLP

One North Broadway, 15th Floor
White Plains, New York 10601
(914) 328-0404
(914) 328-1882 Facsimile

59 Maiden Lane, 39th Floor
New York, New York 10038-4502
(212) 545-4000
(212) 972-3213 Facsimile

By: _____
James R. Williams (JW 3006)
Todd H. Girshon (TG 7947)
Jonathan M. Kozak (JK 9619)

*ATTORNEYS FOR DEFENDANTS*

Dated:   February 4, 2008
         White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP

    One North Broadway, 15th Floor
    White Plains, New York 10601
    (914) 328-0404
    Jonathan M. Kozak (JK 9619)

    59 Maiden Lane, 39th Floor
    New York, New York 10038
    (212) 545-4000
    James R. Williams (JW 3006)
    Todd H. Girshon (TG 7947)

*Attorneys for Defendants*

------------------------------------------------------------x

LISA M. REILLY

                    Plaintiff,

        - against -                        Case No. 08 CV 0205 (AKH)

REVLON, INC., DR. ROBERT KRASNER,
and LINDA PIACENTINI,

                    Defendants.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, hereby certify that a true and correct copy of the foregoing Notice of Appearance was served via Federal Express, overnight mail, on February 4, 2008 upon:

                Evan Sarzin, Esq.
            Law Offices of Evan Sarzin, P.C.
            40 Exchange Place, Suite 1300
              New York, New York 10005
                *Attorneys for Plaintiff*

                                  _____
                                      Jonathan M. Kozak