UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP

    One North Broadway, 15th Floor
    White Plains, New York 10601
    (914) 328-0404
    Jonathan M. Kozak (JK 9619)

    59 Maiden Lane, 39th Floor
    New York, New York 10038
    (212) 545-4000
    James R. Williams (JW 3006)
    Todd H. Girshon (TG 7947)

*Attorneys for Defendants*

------------------------------------------------------------x

LISA M. REILLY

                        Plaintiff,

          - against -                    Case No. 08 CV 0205 (AKH)

REVLON, INC., DR. ROBERT KRASNER,
and LINDA PIACENTINI,

                        Defendants.

------------------------------------------------------------x

## DEFENDANT REVLON, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant Revlon, Inc. certify that Revlon, Inc. is a publicly held corporation. More than 50% of Revlon, Inc.'s stock is beneficially owned by MacAndrews & Forbes Holdings Inc. ("MFHI") and its affiliates. MFHI is not a public company. No publicly held corporation owns 10% or more of Revlon, Inc.'s stock.

Respectfully submitted,

JACKSON LEWIS LLP

One North Broadway, 15th Floor
White Plains, New York 10601
(914) 328-0404
(914) 328-1882 Facsimile

59 Maiden Lane, 39th Floor
New York, New York 10038-4502
(212) 545-4000
(212) 972-3213 Facsimile

By: _____
James R. Williams (JW 3006)
Todd H. Girshon (TG 7947)
Jonathan M. Kozak (JK 9619)

*ATTORNEYS FOR DEFENDANTS*

Dated:   February 4, 2008
         White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP

>One North Broadway, 15th Floor
>White Plains, New York 10601
>(914) 328-0404
>Jonathan M. Kozak (JK 9619)

>59 Maiden Lane, 39th Floor
>New York, New York 10038
>(212) 545-4000
>James R. Williams (JW 3006)
>Todd H. Girshon (TG 7947)

*Attorneys for Defendants*

------------------------------------------------------------x

LISA M. REILLY

                           Plaintiff,

          - against -                  Case No. 08 CV 0205 (AKH)

REVLON, INC., DR. ROBERT KRASNER,
and LINDA PIACENTINI,

                         Defendants.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, hereby certify that a true and correct copy of Defendant Revlon, Inc.'s Rule 7.1 Disclosure Statement was served via Federal Express, overnight mail, on February 4, 2008 upon:

>Evan Sarzin, Esq.
>Law Offices of Evan Sarzin, P.C.
>40 Exchange Place, Suite 1300
>New York, New York 10005
>*Attorneys for Plaintiff*

                                                          _____
                                                           Jonathan M. Kozak