# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

LISA M. REILLY,                    Case Number: 08 CV 0205 (AKH)

          Plaintiff,

-against-

REVLON, INC., DR. ROBERT KRASNER,
and LINDA PIACENTINI,

          Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Revlon, Inc.,

Dr. Robert Krasner, and Linda Piacentini.

I certify that I am admitted to practice in this court.

February 5, 2008
Date

_____
Signature

Todd H. Girshon, Esq.
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,    NY            10038
City         State         Zip Code

212-545-4000               212-972-3213
Phone Number               Fax Number