USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

Law Offices of Evan Sarzin, P.C.
40 Exchange Place – Suite 1300
New York, New York 10005
Tel. 212-344-6500   Fax 212-344-0794

March 14, 2008

Hon. Colleen MacMahon
United States Courthouse
500 Pearl Street
New York NY 10007-1316

**MEMO ENDORSED**

Re: Lisa Reilly v. Revlon, Inc., et al.
Docket No. 08 Civ. 205

Dear Judge MacMahon:

We represent the plaintiff, Lisa Reilly, in the above-referenced action. We write in connection with a certain stipulation dated March 1, 2008, sent by defense counsel to your chambers with respect to the Amended Complaint filed by plaintiff.

By stipulation the parties had intended to withdraw the Amended Complaint. Upon receiving word from Mariella of your chambers that the stipulation did not express that purpose with sufficient clarity, at her request I am writing to clarify the intent of the parties.

Defendant objected to plaintiff's services of the Amended Complaint as being beyond the time period where plaintiff could amend as of right. Plaintiff agreed to withdraw the amendment on that basis. Mariella requested that plaintiff ask the docketing clerk to remove the Amended Complaint from the docket. The docketing clerk advised me that it could only remove the entry upon receiving an order from the court.

Therefore, I am writing to confirm that the plaintiff had agreed to the withdrawal of the Amended Complaint and consents to an order withdrawing same.

Thank you in advance for your consideration in this matter.

Respectfully,

Evan Sarzin

cc: Jonathan Kozak, Esq.

*[Handwritten endorsement:] 3/18/08 The Amended Complaint is deemed withdrawn & therewith to strike from the docket; the docket entry will nullify it. → Then removed to strike from the docket*