# jackson | lewis
### Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LONG ISLAND, NY | PORTLAND, OR |
| One North Broadway | BIRMINGHAM, AL | LOS ANGELES, CA | PROVIDENCE, RI |
| White Plains, New York 10601 | BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| Tel 914 328-0404 | CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA |
| Fax 914 328-1882 | CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA |
| www.jacksonlewis.com | DALLAS, TX | NEW ORLEANS, LA | SAN FRANCISCO, CA |
| | DENVER, CO | NEW YORK, NY | SEATTLE, WA |
| | DETROIT, MI | ORANGE COUNTY, CA | STAMFORD, CT |
| | GREENVILLE, SC | ORLANDO, FL | WASHINGTON, DC REGION |
| | HARTFORD, CT | PHILADELPHIA, PA | WHITE PLAINS, NY |
| | HOUSTON, TX | PHOENIX, AZ | |
| | LAS VEGAS, NV | PITTSBURGH, PA | |

July 3, 2008

**VIA FACSIMILE (212-805-7928)**
Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

ENDORSED ORDER

The deadline to depose plaintiff is extended to July 25, 2008. The balance of the Case Management Order is unchanged.
[signature] 7/3/08

Re: Lisa M. Reilly v. Revlon, Inc.,
Dr. Robert Krasner and Linda Piacentini
Docket No. 08 CV 0205 (CM) (MHD)

Dear Judge Dolinger:

We represent Defendants in the above-referenced matter. We write at the suggestion of one of your law clerks yesterday afternoon. The following request is submitted on behalf of Plaintiff and Defendants.

The Civil Case Management Plan ("CCMP") for this matter provides that Plaintiff's deposition be completed by July 13, 2008, a Sunday. (A copy of the CCMP for this matter is attached.) Plaintiff's deposition was previously noticed to be conducted on July 3, 2008. At the request of Plaintiff's counsel, due to Plaintiff's unavailability, Plaintiff's deposition on July 3, 2008 was adjourned. Defendants offered to reschedule Plaintiff's deposition for July 15, 23, or 24 2008, subject to the Court's approval of the instant request. Plaintiff's counsel advised that Plaintiff also is unavailable on July 15, 2008. Plaintiff is presently checking her availability for July 23 or 24, 2008. In light of the foregoing, the Parties jointly and respectfully request that Defendants be permitted to commence Plaintiff's deposition on a mutually agreeable date after July 13, 2008. The Parties have not requested to change any other deadline set forth in the CCMP, and the above request will not impact the discovery cut-off date of August 22, 2008.

Thank you for your consideration of this matter.

Respectfully submitted,

JACKSON LEWIS LLP

Jonathan M. Kozak

JMK/mrg
Attach.

cc: Evan Sarzin, Esq., *Counsel for Plaintiff* (w/attach.) (via facsimile)