UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── X
Lisa M. Reilly,

              08 Civ. 205 (CM) (MHD)

          Plaintiff(s),

              ORDER OF REFERENCE
   -against-             TO A MAGISTRATE JUDGE

Revlon, Inc., et al,

         Defendant(s).
──────────────────────────────── X

The above entitled action is referred to the Honorable Michael H. Dolinger, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*

    _Discovery Disputes_

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Settlement*

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

\_\_\_ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: July 9th, 2008
New York, New York

SO ORDERED:

_/s/ Colleen McMahon_
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08