```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
LISA REILLY,                        :
                                    :
                    Plaintiff,      :
                                    :        ORDER
        -against-                   :
                                    :        08 Civ. 0205 (CM) (MHD)
REVLON, INC. et al.,                :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a pre-trial conference has been scheduled in the above-captioned action on **MONDAY, AUGUST 11, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        August 5, 2008

                                              SO ORDERED.

                                              _____
                                              **MICHAEL H. DOLINGER**
                                              **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed this date to:

Evan S. Sarzin, Esq.
Evan Sarzin, P.C.
40 Exchange Place, Suite 1300
New York, NY 10005

Karen Goldman, Esq.
Evan Sarzin, P.C.
40 Exchange Place, Suite 1300
New York, NY 10005

Jonathan Marc Kozak, Esq.
Jackson Lewis LLP
One North Broadway
Suite 1502
White Plains, NY 10601

Todd H. Girshon, Esq.
Jackson Lewis LLP
59 Maiden Lane 39th Floor
New York, NY 10038