USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09

McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA M. REILLY,

                Plaintiff,      Case Number: 08 CV 0205 (CM)

-against-

REVLON, INC., DR. ROBERT KRASNER,
and LINDA PIACENTINI,

                Defendants.

## ORDER OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff Lisa Reilly and Defendants Dr. Robert Krasner, Linda Piacentini and Revlon Consumer Products Corporation (sued herein as "Revlon, Inc."), having satisfactorily resolved the above-captioned action, and sufficient cause appearing therefor, now, upon the request of the Parties, it is hereby

ORDERED that the instant action shall be and hereby is dismissed in its entirety, with prejudice, and without any award of attorneys' fees or costs to any Party.

                                            Honorable Colleen McMahon, U.S.D.J.

Dated: November 9, 2009